In the Matter of the Claim of RUTH GOLDBERG, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Herlihy, P. J.,
Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.